IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS J. MASON, | § | |
| | § | CIVIL ACTION NO. _____ |
| Plaintiff, | § | (JURY DEMANDED) |
| | § | |
| v. | § | |
| | § | |
| ALPHA SPACE TEST & RESEARCH | § | |
| ALLIANCE LLC | § | Removed from the District Court of Harris County, Texas, 55th Judicial District, Cause No. 2021-40816 |
| Defendant. | § | |

# EXHIBIT D

(The state court's docket sheet)

# 2021-40816

**COURT:** 055th
**FILED DATE:** 7/7/2021
**CASE TYPE:** Discrimination



### MASON, MARCUS J
Attorney: COSTEA, PETER

### vs.

### ALPHA SPACE TEST & RESEARCH ALLIANCE LLC
Attorney: HART, STEPHEN ERIC

## Docket Sheet Entries

| Date | Comment |
|------|---------|

2021-40816
055
Page 1 of 1
9/17/2021 1:15:55 PM