United States District Court
Southern District of Texas

**ENTERED**

March 17, 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS J. MASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-03032 |
| | § | |
| ALPHA SPACE TEST & RESEARCH | § | |
| ALLIANCE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff Marcus J. Mason's motion to dismiss with prejudice (Dkt. No. 8) is Granted. The

plaintiff's lawsuit is hereby dismissed with prejudice.

It is so ORDERED.

SIGNED on March 17, 2022, at Houston, Texas.

_____

Kenneth M. Hoyt
United States District Judge